[No. 9491–6–II. Division Two. June 18, 1987.]

JAMES A. BOCHE, *Appellant,* v. JEFFREY SCOTT KOREIS, *Respondent.*

Appeal from a judgment of the Superior Court for Lewis County, No. 83–2–00415–1, Dale M. Nordquist, J., entered April 22, 1985. *Affirmed* by unpublished opinion per

Petrich, J., concurred in by Worswick, J., Alexander, A.C.J., dissenting.